1  PHILLIP A. TALBERT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,                CASE NO. 1:22-MJ-00177-BAM

13                 Plaintiff,
                                             MOTION AND ORDER TO UNSEAL
14          v.                               INDICTMENT/CASE

15
    BHUPINDER SINGH VIRK,
16
                   Defendant.
17

18

19      The United States of America, by and through Phillip A. Talbert, United States Attorney, and

20  Jeffrey A. Spivak, Assistant United States Attorney, hereby moves that this Indictment/case be unsealed

21  and made public record. The Indictment (issued out of the Southern District of New York) is now

22  unsealed.

23
     Dated: November 28, 2022                     PHILLIP A. TALBERT
24                                                United States Attorney

25
                                             By:  /s/ JEFFREY A. SPIVAK
26                                                JEFFREY A. SPIVAK
                                                  Assistant United States Attorney
27

28

   MOTION AND PROPOSED ORDER TO UNSEAL            1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>          v.<br><br>BHUPINDER SINGH VIRK,<br><br>                 Defendant. | CASE NO.  1:22-MJ-00177-BAM<br><br>ORDER TO UNSEAL INDICTMENT/CASE |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment/Case be unsealed and become public record.

IT IS SO ORDERED.

Dated:  **November 28, 2022**          /s/ *Erica P. Grosjean*
                                                                   UNITED STATES MAGISTRATE JUDGE